UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20352-DPG

DOUG LONGHINI,

    Plaintiff,

v.

MARKET SQUARE PROPERTIES, CORP.;
STAR SEAFOOD RESTAURANT & CAFÉ INC.;
and LAS VILLAS SHOPPING CENTER, INC.,

    Defendants.
_____/

## DEFENDANT'S REPORT IN COMPLIANCE WITH THE COURT'S ORDER [D.E. 5]

Defendant, Star Seafood Restaurant & Café Inc. ("Defendant") by and through undersigned counsel, files this Report in Compliance with the Court's Order [D.E. 5], and states as follows:

1. Defendant, Star Seafood Restaurant & Café Inc. agrees to:

    a. remediate the deficiencies identified in Plaintiff, Doug Longhini's Complaint as it relates to the restaurant's interior premises;

    b. entry of an injunction to ensure future compliance; and

    c. to pay Plaintiff's reasonable attorney's fees and costs, as determined by the Court or agreement by the Parties[1].

2. The timeline for remediation is as follows:

---

[1] Defendant disputes that the Plaintiff entered the premises prior to the lawsuit being filed; the Defendant is a small restaurant that is run by family members. Defendant submits that the Plaintiff first visited the restaurant after the lawsuit was filed, and after the undersigned filed Defendant's Answer and Affirmative Defenses. Plaintiff should not be entitled to recovery of attorneys' fees and costs, or alternatively, reasonable attorneys' fees and costs should be severely limited at best in light of the foregoing.

Defendant, a small, closely held restaurant selling low-priced ethnic food in Miami Gardens, Florida has been severely affected by the COVID-19 closures and restrictions as well as closures to the parking lot entrance due to road work done by the municipality. The alleged conditions also pre-date its occupancy. Defendant respectfully requests six (6) months to obtain the funds and remediate the alleged deficiencies to the extent it is readily achievable.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on March 8, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We further certify that we either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Respectfully submitted,

**LAW OFFICES OF DOUGLAS J. JEFFREY, P.A.**
**Attorneys for Defendant, Star Seafood Restaurant & Café Inc.**
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, Florida 33014
Telephone: (305) 828-4744
Facsimile: (305) 828-4718
Email: dj@jeffreylawfirm.com

By: <u>Douglas J. Jeffrey, Esq.</u>
    DOUGLAS J. JEFFREY
    Florida Bar No. 149527
    GAIL M. WALSH
    Florida Bar No. 1010154

## SERVICE LIST

**Doug Longhini v. Market Square Properties, Corp., Star Seafood Restaurant & Café Inc., and Las Villas Shopping Center, Inc.**

**CASE NO.: 1:21-cv-20352-DPG**

**Anthony J. Perez, Esq.**
**Beverly Virues, Esq.**
**GARCIA-MENOCAL & PEREZ, P.L.**
4937 S.W. 74th Court
Miami, Florida 33155
Email: ajperez@lawgmp.com
       bvirues@lawgmp.com
Tel:   305-553-3464
Fax:  305-553-3031
*Counsel for Plaintiff*