UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:21-cv-20353-DPG

DOUG LONGHINI,

    Plaintiff,

v.

MARKET SQUARE PROPERTIES, CORP.,
STAR SEAFOOD RESTAURANT & CAFÉ
INC., and LAS VILLAS SHOPPING CENTER,
INC.,

    Defendants.
_____/

## DEFENDANTS' REPORT
## IN COMPLIANCE WITH NOTICE OF COURT PRACTICE [D.E. 5]
## AND REQUEST FOR STAY

Defendants, Market Square Properties, Corp. and Las Villas Shopping Center, Inc., by and through undersigned counsel, files this Report in Compliance with the Notice of Court Practice [D.E. 5], and states as follows:

1.    Defendants, Market Square Properties, Corp. and Las Villas Shopping Center, Inc. agree to remediate ADA deficiencies identified in the Complaint (excluding those relating to Star Seafood Restaurant and Cafe's interior, which deficiencies Co-Defendant, Star Seafood Restaurant and Café, has separately agreed to remediate as reflected in its Report [D.E. 13]) consistent with the settlement agreement for the remediation of Defendants' parking lot and public spaces approved by Judge Jordan in CASE NO. 06-20235-CIV-AJ in the United States District Court for the Southern District of Florida styled *DISABILITY ADVOCATES AND COUNSELING GROUP, INC. and STEVEN BROTHER, Plaintiffs, vs. MARKET SQUARE*

*PROPERTIES CORP, and LAS VILLAS SHOPPING CENTER, INC., Defendants*, and which action was dismissed with prejudice after Defendants' completion of all agreed remediation.

2. Defendants, Market Square Properties, Corp. and Las Villas Shopping Center, Inc. agree to entry of an injunction to ensure future compliance.

3. Defendants, Market Square Properties, Corp. and Las Villas Shopping Center, Inc. agree to pay Plaintiffs reasonable attorney's fees and costs, as determined by the Court or agreement by the Parties.

4. The proposed timeline for remediation is one year from the date of the stay or by agreement of the parties to remediate the deficiencies to the extent readily achievable.

5. In accordance with the Notice of Court Practice, Defendants request that this matter be stayed.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 7, 2021, the undersigned electronically flied the foregoing document with the Clerk of the Court using CM/ECF. We further certify that we either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non- CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Respectfully submitted,

ROSS ROSENBERG LAW, P.A.
Attorney for Defendants, Market Square Properties, Corp. and Las Villas Shopping Center, Inc.
One Datran Center, Suite 1500
9100 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-1010
Fax: (866) 670-5221
Email: RossRosenbergLaw@gmail.com
By: /s/ Ross Rosenberg
ROSS ROSENBERG, ESQ.
Florida Bar No. 212229

## SERVICE LIST

*Doug Longhini v. Market Square Properties, Corp., Star Seafood Restaurant & Café Inc., and Las Villas Shopping Center, Inc.*

CASE NO. 21-cv-20353-DPG

Anthony J. Perez, Esq.
Beverly Virues, Esq.
GARCIA-MENOCAL & PEREZ, PX.
Counsel for Plaintiff

Douglas J. Jeffrey, Esq.
Gail M. Walsh, Esq.
DOUGLAS J. JEFFREY, P.A.
Attorneys for Defendant, Star Seafood Restaurant & Café Inc.